UNITED STATES of America, Plaintiff–Appellee,

v.

Anthony MOSLEY, Defendant–Appellant.

No. 10–30078.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 11, 2010.

Jeffrey Backhus, Esquire, Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Kyana Stephens, Assistant Federal Public Defender, Western District of Washington, Seattle, WA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Anthony Mosley appeals from the district court's order modifying the conditions of his supervised release.

Mosley is no longer subject to the supervised release condition that is the subject of this appeal. Accordingly, Mosley's appeal from the district court's order must be dismissed as moot. *See United States v. Strong,* 489 F.3d 1055, 1059 (9th Cir. 2007) ("An appeal is moot when, by virtue of an intervening event, a court of appeals cannot grant any effectual relief whatever in favor of the appellant") (internal quotation marks omitted).

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.